Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
10670 N. Central Exprwy, Ste 320
Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CARLOS DEJUAN BAKER | § | CASE NO. 24-44095-MXM-13 |
| GAY AVERY BAKER | § | |
|    Debtors | § | |
| | § | CHAPTER 13 |
| | | |
| OFFICE OF THE STANDING | § | |
| CHAPTER 13 TRUSTEE | § | |
|    Movant | § | |
| | § | |
| vs. | § | |
| | § | |
| CARLOS DEJUAN BAKER | § | |
| GAY AVERY BAKER | § | |
|    Debtors | § | |

### OPPOSED RESPONSE TO TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL PER GENERAL ORDER 2017-01

TO THE HONORABLE COURT AND INTERESTED PARTIES:

    Debtors herein object to the Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal per General Order 2017-01 dated February 4, 2025.

    Debtors request that the Chapter 13 Plan payment arrears be cured by being allowed until March 20, 2025 to be current without risk of Dismissal during the interim.

DATED: February 19, 2025

        Respectfully Submitted,

        Leinart Law Firm
        10670 N. Central Exprwy, Ste 320
        Dallas, TX 75231
        469.232.3328 Phone
        214.221.1755 Fax

        **By: /s/ Marcus Leinart**
        Marcus Leinart
        State Bar No. 00794156
        ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the foregoing Opposed Response to "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal per General Order 2017-01," was served on the date the instrument was filed electronically. Service was accomplished electronically on the Trustee and all parties who filed a notice of appearance consenting to electronic service.

DATED: February 19, 2025

                                                  Respectfully Submitted,

                                                  Leinart Law Firm
                                                  10670 N. Central Exprwy, Ste 320
                                                  Dallas, TX 75231
                                                  469.232.3328 Phone
                                                  214.221.1755 Fax

                                                  **By: /s/ Marcus Leinart**
                                                  Marcus Leinart
                                                  State Bar No. 00794156
                                                  ATTORNEY FOR DEBTORS